No. 1423. PEOPLE, APPELLEE, *v.* COSME, APPELLANT.—Aggravated assault and battery. Arecibo. November 17, 1919. *Affirmed.*

No. 1411. PEOPLE, APPELLEE, *v.* RODRÍGUEZ ET AL., APPELLANTS.—Adultery. Aguadilla. November 17, 1919. *Modified.*

No. 2130. CANINO, APPELLANT, *v.* AMERICAN RAILROAD COMPANY, APPELLEE.—Memorandum of costs in action for damages. San Juan, Section 1. November 18, 1919. *Dismissed.*

No. 2097. BURGOS, APPELLEE, *v.* SANTINI, MARSHAL OF DISTRICT COURT, ET AL., DEFENDANTS (NOVOA, APPELLANT).—Injunction. Aguadilla. November 20, 1919. *Appeal withdrawn.*

No. 1429. PEOPLE, APPELLEE, *v.* SÁNCHEZ, APPELLANT.—Aggravated assault and battery. San Juan, Section 2. November 24, 1919. *Affirmed.*

No. 1432. PEOPLE, APPELLEE, *v.* FALCÓN, APPELLANT.—Aggravated assault and battery. San Juan, Section 2. December 1, 1919. *Affirmed.*

No. 2147. ALVAREZ, APPELLEE, *v.* DÍAZ, APPELLANT.—Debt. San Juan, Section 1. December 4, 1919. *Appeal withdrawn.*

No. 1440. PEOPLE, APPELLEE, *v.* CRUZ ET AL., DEFENDANTS (CARMONA, APPELLANT).—Breach of peace. San Juan, Section 2. December 8, 1919. *Affirmed.*

No. 181. GUZMÁN, PETITIONER, *v.* CROSAS, DISTRICT JUDGE, RESPONDENT.—Mandamus. December 9, 1919. *Petition denied.*